# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SAWYER,<br><br>                    Plaintiff,<br><br>         v.<br><br>MEADOWBROOK MEAT COMPANY, INC., and DOES 1 through 50 inclusive,<br><br>                    Defendants. | Case No. 1:14-cv-02056-GSA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>(ECF No. 10) |

On September 2, 2015, the parties jointly submitted a Stipulation of Dismissal to the Court. (ECF No. 10.) Accordingly, the instant matter is DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **September 3, 2015**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

1